IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY RADFORD
ADC #89900                                                                                    PLAINTIFF

V.                           CASE NO. 5:17-CV-00006 JM/BD

V. BROOKS, et al.                                                                        DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Radford may proceed on his failure-to-protect claims against Defendants Earl, Bradley, Burl, Clark, Brooks, Clorid, Gaines, Stout, Montgomery, and Byrd. His deliberate indifference claims against Defendants Earl and Bradley, his retaliation claims against Defendant Souther and Defendant Mitchum, his excessive force claim against Defendant Mitchum, his deliberate indifference claims against Defendants Brooks and Wooten, his claim that he has not received adequate dental care since his transfer to the MSU, and his claim against Defendant Spears are DISMISSED, without prejudice.

The Clerk is instructed to terminate Defendants Wooten, Johnson, Nunn, Mitchum, and Spears as party Defendants.

IT IS SO ORDERED, this 17th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE