IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY RADFORD,
ADC #89900                                                                                    PLAINTIFF

V.                           CASE NO. 5:17-CV-00006 JM/BD

V. BROOKS, et al.                                                                          DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Radford's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motions for summary judgment (docket entries #39, #56) are GRANTED. Mr. Radford's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies. His pending motion for preliminary injunctive relief (#44) is DENIED, as moot

IT IS SO ORDERED, this 7th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE